# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERMAN L. BRIGHT | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-5304 |
| | : | |
| THE CITY OF PHILADELPHIA, | : | |
| ET AL. | : | |

## ORDER

This 20th day of December, 2018, Plaintiff having failed to respond to this Court's Order of November 20, 2018, directing Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute, it is hereby ORDERED that this case is **DISMISSED.**

The Clerk shall mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge